IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **D'RON BOTTS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CORRECTIONAL OFFICER SHEPHERD, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 19cv1387-DMS-MSB<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR THE PERSONAL APPEARANCE OF ALBERT GARDAYA, J68059** |

**TO:** California Department of Corrections and Rehabilitation and
Robert Burton, Warden
California Health Care Facility - Stockton
7707 Austin Road
Stockton, CA 95215
(209) 467-2500

**YOU ARE COMMANDED** to produce inmate **ALBERT GARDAYA, J68059,** to appear before the United States District Court for the Southern District of California **in person** at a trial of this matter set for **May 16, 2022, at 9:00 a.m**., in Courtroom 13A of the United States District Court for the Southern District of

1

California, 333 West Broadway, San Diego, CA 92101, the Honorable Dana M. Sabraw presiding, to present this inmate at trial, return the inmate to trial each day for the duration of the trial, and thereafter to return the inmate to the above institution at the conclusion of the trial in this matter.

**ALBERT GARDAYA, J68059** is a necessary and material witnesses in the trial in this case, and is confined at the California Healthcare Facility - Stockton, in the custody of the Warden. The trial of this matter set for **May 16, 2022, at 9:00 a.m.**, in Courtroom 13A of the United States District Court for the Southern District of California, 333 West Broadway, San Diego, CA 92101, the Honorable Dana M. Sabraw presiding. It is therefore necessary that this Writ of Habeas Corpus ad Testificandum issue commanding the custodian of **ALBERT GARDAYA, J68059,** to produce said inmate in Courtroom 13A of the United States District Court for the Southern District of California **in person** on **May 16, 2022, at 9:00 a.m.**

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. This Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the California Department of Corrections and Rehabilitation and the Warden of the California Healthcare Facility - Stockton to produce inmate **ALBERT GARDAYA, J68059,** to appear in United States District Court for the Southern District of California, **in person**, at the time and place above, return the inmate to trial each day for the duration of the trial, and thereafter to return inmate **ALBERT GARDAYA, J68059**, to the above institution at the conclusion of the trial in this matter.

2. The delivery of the body of **ALBERT GARDAYA, J68059**, to Courtroom 13A of the United States District Court for the Southern District of California, and then return of the inmate to your custody, shall be deemed sufficient compliance with this writ.

///
///

3. The custodian of inmate **ALBERT GARDAYA, J68059**, is ordered to notify the Court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this Order.

**IT IS SO ORDERED.**

Dated: April 8, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court